**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FRAUD FREE TRANSACTIONS LLC, | |
| Plaintiff, | |
| v. | C.A. No. 25-302-GBW |
| PING IDENTITY CORPORATION, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Daniel A. Taylor of Smith, Katzenstein & Jenkins LLP on behalf of Plaintiff Fraud Free Transactions LLC in the above-captioned matter.

Dated: January 8, 2026

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)
1000 North West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
dat@skjlaw.com

*Attorney for Plaintiff*
*Fraud Free Transactions LLC*