## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUD FREE TRANSACTIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PING IDENTITY CORPORATION,<br><br>    Defendants. | C.A. No. 25-302-GBW |

### NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

PLEASE TAKE NOTICE that Megan Ix Brison, Esquire, counsel for Plaintiff Fraud Free Transactions LLC, is no longer associated with the firm of Pinckney, Weidinger, Urban & Joyce LLC and is now an attorney at the law firm of Smith, Katzenstein & Jenkins LLP, 1000 North West Street, Suite 1501, Wilmington, Delaware 19801.

Dated: January 8, 2026

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Megan Ix Brison*
Daniel A. Taylor (No. 6934)
Megan Ix Brison (No. 6721)
1000 North West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
dat@skjlaw.com
mib@skjlaw.com

*Attorney for Plaintiff*
*Fraud Free Transactions LLC*