## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUD FREE TRANSACTIONS LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>PING IDENTITY CORPORATION,<br><br>      Defendants. | C.A. No. 25-302-GBW |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff Fraud Free Transactions LLC ("FFT") respectfully requests oral argument on the pending Motion to Stay. (D.I. 20.) This motion was fully briefed on January 15, 2025. (D.I. 20; D.I. 24; D.I. 25.)

Respectfully submitted,

Dated: January 20, 2026

*Of Counsel:*

John S. LeRoy
Thomas A. Lewry
Sangeeta G. Shah
Reza Roghani Esfahani
**BROOKS KUSHMAN P.C.**
150 W. Second St., Suite 400N
Royal Oak, Michigan 48067-3846
(248) 358-4400 / Fax: (248) 358-3351
Email: jleroy@brookskushman.com
      tlewry@brookskushman.com
      sshah@brookskushman.com
      resfahani@brookskushman.com

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)
Megan Ix Brison (No. 6721)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dat@skjlaw.com
mib@skjlaw.com

*Attorneys for Plaintiff.*