# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUD FREE TRANSACTIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PING IDENTITY CORPORATION,<br><br>    Defendant. | C.A. No. 25-302-GBW |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Helena C. Rychlicki, formerly of Pinckney, Weidinger, Urban & Joyce, hereby withdraws as counsel for Plaintiff Fraud Free Transactions LLC ("FFT"). FFT will continue to be represented by Neal C. Belgam, Daniel A. Taylor, and Megan Ix Brison of Smith, Katzenstein & Jenkins LLP and co-counsel at Brooks Kushman.

Dated: January 22, 2026

|  |  |
|---|---|
|  | **SMITH, KATZENSTEIN & JENKINS LLP** |
| */s/ Helena C. Rychlicki*<br>Helena C. Rychlicki (No. 3996)<br>13 Ridgewood Cir.<br>Wilmington, DE 19809<br>(302) 593-8201<br>hrychlicki@rychlaw.com | */s/ Daniel A. Taylor*<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>Megan Ix Brison (No. 6721)<br>1000 N. West Street, Suite 1501<br>Wilmington, Delaware 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dat@skjlaw.com<br>mib@skjlaw.com<br><br>*Attorneys for Plaintiff*<br>*Fraud Free Transactions LLC* |